PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

APR 17 2006

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wilson Roman                                              Cr.: 04-174-001

Name of Sentencing Judicial Officer: Faith Hochberg

Date of Original Sentence: 3/1/05

Original Offense: Conspiracy to Commit Theft of Foreign Shipment

Original Sentence: Time Served

Type of Supervision: Supervised Release                    Date Supervision Commenced: 3/1/05

Assistant U.S. Attorney: Sherry Hutchins Henderson            Defense Attorney: Peter Carter

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

                    (a) The offender has reverted to drug use as evidenced by his self admission and a urine specimen which tested positive for marijuana on February 6, 2006.

                    (b) The offender failed to follow directives to attend outpatient drug treatment at CURA on February 14, 2006, and February 23 2006 and thereafter.

                    (c) On or about February 13, 2006, the offender moved from CURA transitional housing without authorization to do so.

PROB 12C - Page 2
Wilson Roman

2    The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to report to the probation officer for scheduled appointments on February 14, 2006, February 28, 2006 and thereafter.

3    The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On or about February 13, 2006, the offender moved from CURA transitional housing without authorization to do so. He also failed to notify the probation office of his new address. The offender's whereabouts are currently unknown to the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 3/30/06

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[✓] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/19/06
Date